**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHNSON INVESTMENT COUNSEL, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>v.<br><br>TRANSOCEAN LTD.,  STEVEN L. NEWMAN and ROBERT A. LONG,<br><br>               Defendants. | Electronically Filed<br><br>Civil Action No. 10-cv-4515-NRB<br><br>(ECF Case) |
| DONALD P. FOLEY, on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>TRANSOCEAN LTD.,  STEVEN L. NEWMAN and ROBERT L. LONG,<br><br>               Defendants. | Electronically Filed<br><br>Civil Action No. 10-cv-5233 |

**DECLARATION OF RAMZI ABADOU IN SUPPORT OF DANICA PENSION
A/S'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>OPPOSITION TO ALL OTHER LEAD PLAINTIFF MOTIONS</u>**

Pursuant to 28 U.S.C. § 1746, Ramzi Abadou declares as follows:

1. I am a member of the bar of the State of California and a partner with the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, lead counsel for Danica Pension A/S ("Danica").

2. I respectfully submit this declaration in support of Danica's Motion for Appointment as Lead Plaintiff and Opposition to All Other Lead Plaintiff Motions.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Johnson Investment Counsel, Inc. "Services" webpage (http://www.johnsoninv.com/Services.aspx);

Exhibit B: Letter from Hunter J. Shkolnik, Esq. to the Honorable Naomi Reice Buchwald, dated September 15, 2010;

Exhibit C: Letter from Ramzi Abadou, Esq. to the Honorable Naomi Reice Buchwald, dated September 16, 2010;

Exhibit D: Certification of Johnson Investment Counsel, Inc.

Exhibit E: Certification of Johnson Mutual Funds Trust

Exhibit F: Johnson Investment Counsel, Inc. Form Management Agreement

Exhibit G: Johnson Investment Counsel, Inc. Form Investment Client Letter, dated July 22, 2010

Exhibit H: Declaration of Chad Coffman, CFA;

Exhibit I: Declaration of Danica Pension A/S in Further Support of Its Motion for Appointment as Lead Plaintiff;

Exhibit J: Application of Stanley M. Chesley for Appointment to the Plaintiffs' Steering Committee;

Exhibit K: Richard J. Arsenault's Plaintiff Steering Committee Memorandum and Attached Application;

Exhibit L: Application of Kathryn W. Becnel for Appointment to the Plaintiffs' Steering Committee;

Exhibit M:   Application of Toni S. Becnel for Appointment to the Plaintiffs' Steering Committee;

Exhibit N:   Application of Mark Lanier for Appointment to the Plaintiffs' Steering Committee;

Exhibit O:   Application of Jerold S. Parker; Appointment to the Plaintiffs' Steering Committee of MDL NO. 2179 – IN RE: Oil Spill by the Oil Rig "Deepwater Horizon;" and

Exhibit P:   Application of Camilo K. Salas III for Appointment to the Plaintiffs' Steering Committee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2010

/s/ Ramzi Abadou
Ramzi Abadou

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.  I further certify that I have mailed the foregoing via the United States Postal Service to the parties on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 28, 2010.

                                          /s/ Ramzi Abadou
                                          Ramzi Abadou

# Mailing Information for a Case 1:10-cv-05233-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Ligh**
  peter.ligh@sutherland.com,april.mcelwee@sutherland.com

- **Andrei V. Rado**
  arado@milberg.com

- **Peter George Safirstein**
  psafirstein@milberg.com

- **Hunter Jay Shkolnik**
  hshkolnik@rheingoldlaw.com,gperez@rheingoldlaw.com

- **Anne Marie Vu**
  avu@milberg.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kerry J. Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Brian O. O'Mara
Robbins Geller Rudman & Dowd LLP
655 West Broadway
suite 1900
San Diego, CA 92101
```