# EXHIBIT A

Johnson Investment Counsel, Inc.



## Solid Values. Sophisticated Solutions.

As Ohio's largest employee-owned wealth management firm, Johnson Investment Counsel serves our clients in many ways—all aligned toward our mission of improving the quality of our clients' lives. For over four decades, we have helped our diverse group of clients meet their unique goals.

As a fee-only wealth management firm, we proudly embrace our fiduciary duty to our clients—meaning we have a legal standard, unlike many investment firms, to put your interests above our own.

In an era of outsourcing, Johnson Investment Counsel has organically grown and developed new services to meet our clients' changing needs by creating our own no-load Johnson Mutual Funds family, our private trust company-Johnson Trust Company, and our public foundation, the Johnson Charitable Gift Fund. Unlike a publicly-traded company, our independence allows us to continue to add additional services without worrying about the short-term cost and effect on our stock price.

Through our divisions, we help individuals and institutions prudently accumulate and distribute wealth to family and charity. By taking time to truly get to know you and your family or organization, we develop a customized plan to meet your goals, taking into account your unique situation, values and concerns.

Our clients often cite the "peace of mind" they receive in knowing they have a customized, integrated wealth management plan that is based on solid values and sophisticated solutions. Our plans leverage our expertise in the following areas:

- Investment Management
- Asset/Liability Management
- Educational Funding
- Retirement Cash Flow Planning
- Asset Protection Planning
- Income Tax Planning
- Charitable Gift Planning
- Estate/Trust Planning

Our Portfolio Managers, supported by a well-trained and diligent staff, strive to become your trusted advisor, often resulting in relationships that span multiple decades and generations.

Copyright © 2010 Johnson Investment Counsel, Inc. All rights reserved. | 800.541.0170

http://www.johnsoninv.com/Services.aspx