# EXHIBIT B

LAW OFFICES
# RHEINGOLD, VALET, RHEINGOLD, SHKOLNIK & McCARTNEY LLP
A PARTNERSHIP CONSISTING OF ONE OR MORE PROFESSIONAL CORPORATIONS

PAUL D. RHEINGOLD
　MEMBER N.Y., D.C., MASS. BARS
THOMAS P. VALET
HUNTER J. SHKOLNIK
　MEMBER N.Y., N.J. BARS
DAVID B. RHEINGOLD
　MEMBER N.Y., VA. BARS
TERRENCE E. McCARTNEY
NICHOLAS R. FARNOLO
　MEMBER N.Y., N.J. BARS

113 E. 37TH STREET
NEW YORK, NEW YORK 10016-3042
(212) 684-1880
FAX (212) 689-8156
E-MAIL: info@rheingoldlaw.com
http://www.rheingoldlaw.com

September 15, 2010

**VIA HAND DELVERY**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 1 0007- 1312

Re:　*Johnson Investment Counsel, Inc. v. Transocean Ltd., et al.,* No. 1:10-cv-045 15
　　　*Donald P, Foley v. Transocean,* Ltd, *et al.,* No. 1:10-cv-05233

Dear Judge Buchwald:

　　　The undersigned counsel represent Lead Plaintiff movant Johnson Investment Counsel, Inc. ("Johnson") and write in response to Lead Plaintiff movant Employees' Retirement System of the Government of the Virgin Islands ("Virgin Islands") recent request that the Court reinstitute its Lead Plaintiff briefing schedule. Lead Plaintiff movant Johnson disagrees with the suggestion and believes that briefing at this time is premature and should await resolution of a tag-along issue.

　　　The *Yuen* Plaintiffs, who are represented by the same counsel as the Virgin Islands, suddenly dismissed their Louisiana Transocean securities action. The dismissal prompted the Judicial Panel on Multidistrict Litigation to remove the Transocean Securities transfer and Consolidation motion from the upcoming hearing docket. Nonetheless, consolidation and transfer of the actions as tag-along actions to the pending B.P Securities Litigation is a distinct likelihood. A central and common and factual issue in both cases involves the operation and failure of the blow-out preventer. Johnson, in fact, is preparing a notice of tag-along action to be filed with the Panel.

Until the Panel addresses the tag-along issue, judicial economy is best preserved by holding any further action in this case in abeyance.

Respectfully,

Hunter J. Shkolnik

Enclosures
cc:  All Counsel of Record