# EXHIBIT D

# CERTIFICATION

Timothy E. Johnson declares:

1. I am the President of Johnson Investment Counsel, Inc., a registered investment advisor ("Johnson").

2. Attached in Schedule A are Johnson's transactions in the common stock of Transocean Ltd. (the security that is the subject of the Complaint) made on behalf of its clients during the class period.

3. Johnson did not purchase the common stock of Transocean Ltd. (the security that is the subject of the Complaint) at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. I, in my capacity as President of Johnson, reviewed the Class Action Complaint and authorized its filing.

5. Johnson has full power and authority to bring suit to recover for investment losses on behalf of its clients. All clients of Johnson executed a Management Agreement (copy attached as Schedule B), in which they appointed Johnson as their attorney-in-fact with full power and authority to buy, sell and trade in securities. In addition, each client received the Letter of Authority (attached as Schedule C) acknowledging that the attorney-in-fact appointment included the right to sue on behalf of the client and containing a specific confirmation of litigation claim assignment terms. No client has modified any of the terms of the Letter of Authority or has withdrawn the authority granted in the Letter.

6. Johnson is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

7. Johnson has not sought to serve or served as a representative party on behalf of a class in any action filed under the federal securities laws during the 3-year period proceeding the date of this Certification, other than the Transocean securities litigation.

8. Johnson will not accept any payment for serving as a representative party on behalf of the class beyond a pro rata share of any recovery, except as ordered or approved by the Court with respect to an award for reasonable costs and expenses.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 24th day of September 2010.

Johnson Investment Counsel, Inc.

By: _____
Timothy E. Johnson, President

34924

Schedule A

| Ticker | Trade Date | TransactionCode | Shares | ExecutedPrice |
|---|---|---|---|---|
| RIG | 8/5/2009 | Purchase | 70.00 | $ 77.02 |
| RIG | 8/5/2009 | Purchase | 50.00 | $ 77.08 |
| RIG | 8/5/2009 | Purchase | 30.00 | $ 77.14 |
| RIG | 8/6/2009 | Sale | 30.00 | $ 77.19 |
| RIG | 8/11/2009 | Purchase | 141.00 | $ 74.71 |
| RIG | 8/14/2009 | Purchase | 30.00 | $ 75.54 |
| RIG | 8/14/2009 | Sale | 48.00 | $ 75.16 |
| RIG | 8/17/2009 | Purchase | 100.00 | $ 72.48 |
| RIG | 8/18/2009 | Sale | 640.00 | $ 72.51 |
| RIG | 8/25/2009 | Purchase | 40.00 | $ 77.72 |
| RIG | 8/25/2009 | Purchase | 50.00 | $ 77.79 |
| RIG | 8/28/2009 | Sale | 2,710.00 | $ 77.82 |
| RIG | 8/31/2009 | Purchase | 30.00 | $ 75.77 |
| RIG | 8/31/2009 | Sale | 34.00 | $ 75.59 |
| RIG | 9/1/2009 | Purchase | 50.00 | $ 74.98 |
| RIG | 9/9/2009 | Purchase | 150.00 | $ 80.64 |
| RIG | 9/10/2009 | Purchase | 130.00 | $ 80.96 |
| RIG | 9/10/2009 | Purchase | 50.00 | $ 81.24 |
| RIG | 9/14/2009 | Purchase | 50.00 | $ 80.64 |
| RIG | 9/15/2009 | Purchase | 100.00 | $ 81.81 |
| RIG | 9/15/2009 | Purchase | 65.00 | $ 82.21 |
| RIG | 9/15/2009 | Purchase | 25.00 | $ 82.65 |
| RIG | 9/16/2009 | Sale | 70.00 | $ 84.32 |
| RIG | 9/17/2009 | Purchase | 80.00 | $ 85.23 |
| RIG | 9/22/2009 | Sale | 109.00 | $ 86.16 |
| RIG | 9/24/2009 | Sale | 100.00 | $ 82.87 |
| RIG | 9/30/2009 | Sale | 125.00 | $ 85.64 |

| Ticker | Trade Date | TransactionCode | Shares | ExecutedPrice |
|---|---|---|---|---|
| RIG | 10/2/2009 | Sale | 94.00 | $ 82.05 |
| RIG | 10/6/2009 | Purchase | 200.00 | $ 85.01 |
| RIG | 10/6/2009 | Purchase | 100.00 | $ 85.74 |
| RIG | 10/6/2009 | Purchase | 25.00 | $ 85.76 |
| RIG | 10/6/2009 | Purchase | 45.00 | $ 85.90 |
| RIG | 10/7/2009 | Purchase | 760.00 | $ 86.89 |
| RIG | 10/7/2009 | Purchase | 300.00 | $ 87.08 |
| RIG | 10/7/2009 | Sale | 25.00 | $ 87.38 |
| RIG | 10/8/2009 | Purchase | 150.00 | $ 88.77 |
| RIG | 10/8/2009 | Purchase | 2,630.00 | $ 91.87 |
| RIG | 10/8/2009 | Sale | 200.00 | $ 89.57 |
| RIG | 10/9/2009 | Purchase | 110.00 | $ 90.39 |
| RIG | 10/9/2009 | Sale | 50.00 | $ 90.38 |
| RIG | 10/9/2009 | Sale | 71.00 | $ 91.14 |
| RIG | 10/15/2009 | Purchase | 100.00 | $ 91.11 |
| RIG | 10/15/2009 | Purchase | 35.00 | $ 91.16 |
| RIG | 10/16/2009 | Purchase | 145.00 | $ 91.13 |
| RIG | 10/21/2009 | Purchase | 800.00 | $ 92.38 |
| RIG | 10/21/2009 | Purchase | 630.00 | $ 94.26 |
| RIG | 10/27/2009 | Sale | 80.00 | $ 87.60 |
| RIG | 10/28/2009 | Purchase | 80.00 | $ 85.85 |
| RIG | 10/28/2009 | Sale | 40.00 | $ 84.03 |
| RIG | 10/29/2009 | Purchase | 130.00 | $ 86.23 |
| RIG | 10/29/2009 | Sale | 80.00 | $ 86.20 |
| RIG | 10/30/2009 | Sale | 140.00 | $ 83.73 |
| RIG | 11/5/2009 | Sale | 60.00 | $ 85.41 |
| RIG | 11/6/2009 | Purchase | 85.00 | $ 85.04 |
| RIG | 11/9/2009 | Purchase | 100.00 | $ 87.80 |
| RIG | 11/9/2009 | Purchase | 260.00 | $ 88.11 |
| RIG | 11/9/2009 | Purchase | 50.00 | $ 88.21 |
| RIG | 11/9/2009 | Purchase | 80.00 | $ 88.55 |
| RIG | 11/10/2009 | Purchase | 30.00 | $ 87.62 |
| RIG | 11/13/2009 | Sale | 120.00 | $ 86.73 |
| RIG | 11/16/2009 | Purchase | 570.00 | $ 90.50 |
| RIG | 11/16/2009 | Sale | 13.00 | $ 90.47 |
| RIG | 11/18/2009 | Sale | 50.00 | $ 88.25 |
| RIG | 11/23/2009 | Purchase | 66.00 | $ 85.51 |
| RIG | 11/25/2009 | Purchase | 150.00 | $ 86.08 |
| RIG | 11/25/2009 | Sale | 100.00 | $ 85.75 |
| RIG | 11/30/2009 | Purchase | 4,100.00 | $ 85.68 |
| RIG | 12/1/2009 | Purchase | 500.00 | $ 87.03 |
| RIG | 12/2/2009 | Purchase | 300.00 | $ 86.34 |
| RIG | 12/4/2009 | Purchase | 530.00 | $ 82.71 |
| RIG | 12/4/2009 | Purchase | 25.00 | $ 83.37 |
| RIG | 12/7/2009 | Purchase | 80.00 | $ 83.15 |
| RIG | 12/7/2009 | Purchase | 50.00 | $ 83.87 |

| Ticker | Trade Date | TransactionCode | Shares | ExecutedPrice |
|---|---|---|---|---|
| RIG | 12/8/2009 | Purchase | 40.00 | $ 81.03 |
| RIG | 12/8/2009 | Purchase | 120.00 | $ 82.00 |
| RIG | 12/8/2009 | Sale | 1,605.00 | $ 79.36 |
| RIG | 12/9/2009 | Purchase | 30.00 | $ 80.59 |
| RIG | 12/9/2009 | Sale | 35.00 | $ 79.34 |
| RIG | 12/11/2009 | Purchase | 50.00 | $ 80.25 |
| RIG | 12/11/2009 | Sale | 50.00 | $ 80.08 |
| RIG | 12/14/2009 | Purchase | 18.00 | $ 81.24 |
| RIG | 12/14/2009 | Sale | 80.00 | $ 81.14 |
| RIG | 12/15/2009 | Purchase | 45.00 | $ 82.47 |
| RIG | 12/15/2009 | Purchase | 1,170.00 | $ 82.92 |
| RIG | 12/15/2009 | Sale | 760.00 | $ 82.89 |
| RIG | 12/18/2009 | Sale | 100.00 | $ 83.32 |
| RIG | 12/21/2009 | Purchase | 200.00 | $ 83.73 |
| RIG | 12/22/2009 | Sale | 1,250.00 | $ 83.99 |
| RIG | 12/23/2009 | Purchase | 2,160.00 | $ 83.19 |
| RIG | 12/23/2009 | Purchase | 300.00 | $ 83.96 |
| RIG | 12/24/2009 | Purchase | 80.00 | $ 84.17 |
| RIG | 12/24/2009 | Purchase | 550.00 | $ 84.26 |
| RIG | 12/28/2009 | Purchase | 30.00 | $ 84.93 |
| RIG | 12/30/2009 | Purchase | 90.00 | $ 83.46 |
| RIG | 12/30/2009 | Purchase | 40.00 | $ 83.49 |
| RIG | 1/7/2010 | Purchase | 50.00 | $ 90.64 |
| RIG | 1/11/2010 | Purchase | 85.00 | $ 92.34 |
| RIG | 1/12/2010 | Sale | 52.00 | $ 91.07 |
| RIG | 1/14/2010 | Purchase | 120.00 | $ 92.26 |
| RIG | 1/19/2010 | Purchase | 75.00 | $ 91.86 |
| RIG | 1/19/2010 | Purchase | 100.00 | $ 93.01 |
| RIG | 1/21/2010 | Purchase | 25.00 | $ 89.37 |
| RIG | 1/22/2010 | Purchase | 25.00 | $ 87.26 |
| RIG | 1/22/2010 | Purchase | 30.00 | $ 87.28 |
| RIG | 1/25/2010 | Purchase | 150.00 | $ 87.06 |
| RIG | 1/26/2010 | Sale | 60.00 | $ 88.23 |
| RIG | 2/1/2010 | Sale | 70.00 | $ 87.29 |
| RIG | 2/3/2010 | Purchase | 140.00 | $ 87.21 |
| RIG | 2/3/2010 | Sale | 100.00 | $ 88.04 |
| RIG | 2/4/2010 | Sale | 40.00 | $ 83.29 |
| RIG | 2/5/2010 | Purchase | 850.00 | $ 81.68 |
| RIG | 2/8/2010 | Sale | 71.00 | $ 85.21 |
| RIG | 2/17/2010 | Purchase | 660.00 | $ 83.44 |
| RIG | 2/18/2010 | Purchase | 345.00 | $ 83.55 |
| RIG | 2/19/2010 | Purchase | 50.00 | $ 85.09 |
| RIG | 2/22/2010 | Purchase | 165.00 | $ 85.02 |
| RIG | 2/22/2010 | Purchase | 190.00 | $ 85.18 |
| RIG | 2/23/2010 | Purchase | 25.00 | $ 84.58 |
| RIG | 2/23/2010 | Purchase | 25.00 | $ 84.63 |

| Ticker | Trade Date | TransactionCode | Shares | ExecutedPrice |
|---|---|---|---|---|
| RIG | 2/23/2010 | Purchase | 210.00 | $ 84.69 |
| RIG | 2/23/2010 | Purchase | 80.00 | $ 84.73 |
| RIG | 2/23/2010 | Purchase | 50.00 | $ 84.90 |
| RIG | 2/24/2010 | Purchase | 50.00 | $ 79.96 |
| RIG | 2/24/2010 | Purchase | 350.00 | $ 81.63 |
| RIG | 2/24/2010 | Purchase | 80.00 | $ 81.79 |
| RIG | 2/25/2010 | Purchase | 1,570.00 | $ 78.00 |
| RIG | 2/25/2010 | Purchase | 150.00 | $ 78.01 |
| RIG | 2/25/2010 | Purchase | 12,990.00 | $ 78.02 |
| RIG | 2/25/2010 | Purchase | 25.00 | $ 78.50 |
| RIG | 2/25/2010 | Purchase | 25.00 | $ 78.64 |
| RIG | 2/25/2010 | Purchase | 200.00 | $ 78.71 |
| RIG | 2/26/2010 | Purchase | 90.00 | $ 79.25 |
| RIG | 2/26/2010 | Purchase | 160.00 | $ 79.30 |
| RIG | 2/26/2010 | Purchase | 250.00 | $ 79.89 |
| RIG | 2/26/2010 | Purchase | 375.00 | $ 79.91 |
| RIG | 2/26/2010 | Purchase | 250.00 | $ 80.01 |
| RIG | 3/1/2010 | Purchase | 60.00 | $ 80.14 |
| RIG | 3/1/2010 | Purchase | 18,630.00 | $ 80.14 |
| RIG | 3/1/2010 | Purchase | 540.00 | $ 80.15 |
| RIG | 3/1/2010 | Purchase | 195.00 | $ 80.45 |
| RIG | 3/1/2010 | Purchase | 10,485.00 | $ 80.46 |
| RIG | 3/1/2010 | Purchase | 350.00 | $ 80.49 |
| RIG | 3/1/2010 | Purchase | 130.00 | $ 80.55 |
| RIG | 3/1/2010 | Purchase | 160.00 | $ 81.27 |
| RIG | 3/2/2010 | Purchase | 100.00 | $ 80.88 |
| RIG | 3/2/2010 | Purchase | 1,490.00 | $ 80.94 |
| RIG | 3/2/2010 | Purchase | 1,810.00 | $ 80.94 |
| RIG | 3/2/2010 | Purchase | 150.00 | $ 81.21 |
| RIG | 3/2/2010 | Purchase | 50.00 | $ 81.32 |
| RIG | 3/2/2010 | Purchase | 280.00 | $ 81.64 |
| RIG | 3/2/2010 | Purchase | 35.00 | $ 81.68 |
| RIG | 3/2/2010 | Purchase | 25.00 | $ 81.73 |
| RIG | 3/2/2010 | Purchase | 50.00 | $ 81.82 |
| RIG | 3/2/2010 | Purchase | 920.00 | $ 82.09 |
| RIG | 3/2/2010 | Purchase | 240.00 | $ 82.15 |
| RIG | 3/2/2010 | Sale | 69.00 | $ 81.82 |
| RIG | 3/3/2010 | Purchase | 435.00 | $ 82.62 |
| RIG | 3/3/2010 | Purchase | 120.00 | $ 82.80 |
| RIG | 3/4/2010 | Purchase | 133.00 | $ 82.45 |
| RIG | 3/4/2010 | Purchase | 150.00 | $ 82.57 |
| RIG | 3/4/2010 | Purchase | 500.00 | $ 82.95 |
| RIG | 3/4/2010 | Purchase | 250.00 | $ 83.04 |
| RIG | 3/4/2010 | Purchase | 25.00 | $ 83.06 |
| RIG | 3/5/2010 | Purchase | 110.00 | $ 84.32 |
| RIG | 3/5/2010 | Purchase | 215.00 | $ 84.71 |

| Ticker | Trade Date | TransactionCode | Shares | ExecutedPrice |
|---|---|---|---|---|
| RIG | 3/8/2010 | Purchase | 200.00 | $ 84.90 |
| RIG | 3/8/2010 | Purchase | 200.00 | $ 85.17 |
| RIG | 3/8/2010 | Sale | 60.00 | $ 84.91 |
| RIG | 3/9/2010 | Purchase | 75.00 | $ 84.40 |
| RIG | 3/9/2010 | Purchase | 50.00 | $ 84.64 |
| RIG | 3/9/2010 | Purchase | 50.00 | $ 84.66 |
| RIG | 3/9/2010 | Purchase | 300.00 | $ 84.93 |
| RIG | 3/9/2010 | Purchase | 7,925.00 | $ 85.39 |
| RIG | 3/9/2010 | Purchase | 3,575.00 | $ 85.61 |
| RIG | 3/9/2010 | Purchase | 1,400.00 | $ 85.67 |
| RIG | 3/9/2010 | Purchase | 300.00 | $ 85.77 |
| RIG | 3/10/2010 | Purchase | 40.00 | $ 85.20 |
| RIG | 3/10/2010 | Sale | 69.00 | $ 85.87 |
| RIG | 3/11/2010 | Purchase | 1,275.00 | $ 85.24 |
| RIG | 3/12/2010 | Purchase | 1,400.00 | $ 85.83 |
| RIG | 3/12/2010 | Purchase | 141.00 | $ 85.86 |
| RIG | 3/12/2010 | Sale | 57.00 | $ 85.54 |
| RIG | 3/15/2010 | Purchase | 80.00 | $ 84.16 |
| RIG | 3/15/2010 | Purchase | 65.00 | $ 84.17 |
| RIG | 3/15/2010 | Purchase | 80.00 | $ 84.75 |
| RIG | 3/17/2010 | Purchase | 350.00 | $ 85.09 |
| RIG | 3/17/2010 | Purchase | 20.00 | $ 85.44 |
| RIG | 3/17/2010 | Purchase | 70.00 | $ 86.21 |
| RIG | 3/17/2010 | Purchase | 36.00 | $ 86.28 |
| RIG | 3/17/2010 | Purchase | 25.00 | $ 86.41 |
| RIG | 3/17/2010 | Purchase | 325.00 | $ 86.46 |
| RIG | 3/19/2010 | Purchase | 50.00 | $ 81.73 |
| RIG | 3/19/2010 | Purchase | 475.00 | $ 81.91 |
| RIG | 3/19/2010 | Sale | 47.00 | $ 81.86 |
| RIG | 3/22/2010 | Purchase | 1,390.00 | $ 81.48 |
| RIG | 3/22/2010 | Purchase | 75.00 | $ 81.52 |
| RIG | 3/22/2010 | Purchase | 46.00 | $ 81.55 |
| RIG | 3/22/2010 | Purchase | 45.00 | $ 81.85 |
| RIG | 3/22/2010 | Purchase | 15.00 | $ 82.00 |
| RIG | 3/23/2010 | Purchase | 50.00 | $ 82.27 |
| RIG | 3/23/2010 | Purchase | 150.00 | $ 82.75 |
| RIG | 3/24/2010 | Purchase | 70.00 | $ 82.65 |
| RIG | 3/25/2010 | Purchase | 70.00 | $ 81.93 |
| RIG | 3/25/2010 | Purchase | 555.00 | $ 82.12 |
| RIG | 3/25/2010 | Purchase | 150.00 | $ 82.72 |
| RIG | 3/29/2010 | Purchase | 35.00 | $ 83.36 |
| RIG | 3/30/2010 | Purchase | 60.00 | $ 83.26 |
| RIG | 3/30/2010 | Purchase | 120.00 | $ 83.65 |
| RIG | 3/30/2010 | Purchase | 120.00 | $ 83.66 |
| RIG | 3/30/2010 | Purchase | 125.00 | $ 83.71 |
| RIG | 3/30/2010 | Purchase | 75.00 | $ 83.98 |

| Ticker | Trade Date | TransactionCode | Shares | ExecutedPrice |
|---|---|---|---|---|
| RIG | 3/31/2010 | Purchase | 100.00 | $ 85.94 |
| RIG | 3/31/2010 | Purchase | 125.00 | $ 86.19 |
| RIG | 3/31/2010 | Purchase | 80.00 | $ 86.40 |
| RIG | 3/31/2010 | Purchase | 75.00 | $ 86.61 |
| RIG | 4/1/2010 | Purchase | 50.00 | $ 87.70 |
| RIG | 4/1/2010 | Purchase | 200.00 | $ 88.61 |
| RIG | 4/1/2010 | Purchase | 120.00 | $ 88.69 |
| RIG | 4/1/2010 | Purchase | 130.00 | $ 89.35 |
| RIG | 4/5/2010 | Purchase | 60.00 | $ 89.28 |
| RIG | 4/6/2010 | Purchase | 75.00 | $ 88.36 |
| RIG | 4/6/2010 | Purchase | 60.00 | $ 88.76 |
| RIG | 4/13/2010 | Purchase | 200.00 | $ 85.26 |
| RIG | 4/14/2010 | Purchase | 45.00 | $ 86.75 |
| RIG | 4/14/2010 | Purchase | 44.00 | $ 87.13 |
| RIG | 4/14/2010 | Purchase | 200.00 | $ 87.21 |
| RIG | 4/14/2010 | Purchase | 97.00 | $ 87.34 |
| RIG | 4/14/2010 | Purchase | 25.00 | $ 88.09 |
| RIG | 4/15/2010 | Purchase | 860.00 | $ 88.26 |
| RIG | 4/15/2010 | Purchase | 100.00 | $ 88.30 |
| RIG | 4/20/2010 | Purchase | 25.00 | $ 91.82 |
| RIG | 4/20/2010 | Purchase | 30.00 | $ 91.87 |
| RIG | 4/26/2010 | Purchase | 150.00 | $ 88.07 |
| RIG | 4/28/2010 | Purchase | 200.00 | $ 84.65 |
| RIG | 4/28/2010 | Purchase | 100.00 | $ 84.91 |
| RIG | 4/29/2010 | Purchase | 50.00 | $ 79.37 |
| RIG | 4/29/2010 | Purchase | 30.00 | $ 80.03 |
| RIG | 4/29/2010 | Purchase | 120.00 | $ 82.24 |
| RIG | 4/29/2010 | Purchase | 170.00 | $ 82.75 |
| RIG | 4/29/2010 | Sale | 1,081.00 | $ 78.13 |
| RIG | 4/30/2010 | Purchase | 660.00 | $ 72.49 |
| RIG | 4/30/2010 | Purchase | 250.00 | $ 72.53 |
| RIG | 4/30/2010 | Purchase | 350.00 | $ 72.96 |
| RIG | 4/30/2010 | Purchase | 1,000.00 | $ 73.42 |
| RIG | 4/30/2010 | Purchase | 175.00 | $ 73.77 |
| RIG | 5/3/2010 | Purchase | 275.00 | $ 74.60 |
| RIG | 5/4/2010 | Purchase | 40.00 | $ 71.26 |
| RIG | 5/4/2010 | Purchase | 605.00 | $ 72.33 |
| RIG | 5/5/2010 | Purchase | 100.00 | $ 72.75 |
| RIG | 5/5/2010 | Purchase | 270.00 | $ 74.38 |
| RIG | 5/6/2010 | Purchase | 400.00 | $ 69.66 |
| RIG | 5/6/2010 | Purchase | 100.00 | $ 69.70 |