# EXHIBIT E

# CERTIFICATION

Timothy E. Johnson declares:

1. I am the President and a Trustee of Johnson Mutual Funds Trust, an investment trust organized under the laws of the State of Ohio by an Agreement and Declaration of Trust dated September 30, 1992 (the "Trust").

2. Attached in Schedule A are the Trust's transactions in Transocean Ltd. common stock (the security that is the subject of the Complaint) during the class period.

3. The Trust did not purchase the common stock of Transocean Ltd. at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. I, in my capacity as President and Trustee of the Trust, reviewed the Class Action Complaint and authorized its filing.

5. The Trust is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

6. The Trust has not sought to serve or served as a representative party on behalf of a class in any other action filed under the federal securities laws during the 3-year period proceeding the date of this Certification.

7. The Trust will not accept any payment for serving as a representative party on behalf of the class beyond a pro rata share of any recovery, except as ordered or approved by the Court with respect to an award for reasonable costs and expenses.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 24th day of September 2010.

Johnson Mutual Funds Trust

By: _____
Timothy E. Johnson, President and Trustee

34922

## SCHEDULE A

| Date | Name | Transaction | Shares of Transocean Common | Amount Expended |
|---|---|---|---|---|
| 2/17/2010 | Johnson Growth Fund | Purchase | 660 | $ 55,102.40 |
| 2/25/2010 | Johnson Dynamic Growth Fund | Purchase | 1,570 | 122,531.44 |
| 2/25/2010 | Johnson Dynamic Growth Fund | Purchase | 360 | 28,104.30 |
| 2/25/2010 | Johnson Equity Income Fund | Purchase | 12,630 | 985,992.53 |
| 4/30/2010 | Johnson Growth Fund | Purchase | 1000 | 73,466.00 |