# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON INVESTMENT COUNSEL, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br>vs.<br><br>TRANSOCEAN LTD., STEVEN L. NEWMAN and ROBERT A. LONG,<br><br>                 Defendants. | Electronically Filed<br><br>Civil Action No. 10-cv-4515<br><br>(ECF Case) |
| DONALD P. FOLEY, on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>vs.<br><br>TRANSOCEAN LTD., STEVEN L. NEWMAN and ROBERT L. LONG,<br><br>                 Defendants. | Civil Action No. 10-cv-5233 |

**DECLARATION OF DANICA PENSION A/S IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** 

I, Jesper Hjetting, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in further support of the motion of Danica Pension A/S ("Danica") for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Action") on behalf of investors in Transocean Ltd. ("Transocean" or the "Company").

2. I have personal knowledge about the information in this Declaration relating to Danica and I am authorized to make legal decisions and representations on its behalf.

3. I am a Senior Vice President of Danica, one of Denmark's largest pension funds, with over 600,000 pensioners and over $40 billion U.S. in assets under management.

4. I understand the obligations of Danica serving as Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA").

5. As reflected in its Certification, Danica purchased all of its shares of Transocean common stock on the New York Stock Exchange and suffered substantial losses as a result of the violations alleged in the Action.

6. As evident from its lead plaintiff filing, Danica has submitted to the jurisdiction of this Court and will be bound by its rulings in the Action.

7. Danica believes that this securities class action against Transocean requires the leadership of a dedicated and sophisticated institutional investor committed to achieving the best possible outcome for investors who purchased Transocean shares on U.S. exchanges, and who hail from around the globe.

8. Danica appreciates and understands the Lead Plaintiff's role under the PSLRA to select and retain Lead Counsel and to supervise the prosecution of the case. Danica is committed to actively supervising class counsel to ensure that the Action is effectively and efficiently

prosecuted and that the Class is not burdened with any unnecessary fees or expenses. To that end, Danica has negotiated a competitive fee agreement with Barroway Topaz Kessler Meltzer & Check, LLP, proposed Lead Counsel for the Class.

9. If appointed as Lead Plaintiff, Danica will vigorously prosecute the Action on behalf of all Class members and pursue the largest recovery for the Class. Danica reaffirms its commitment to fulfilling the obligations it will assume if appointed as Lead Plaintiff in the Action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true to the best of my knowledge.

Executed this 28th day of September, 2010.

Danica Pension A/S

_____
Jesper Hjetting

3